```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        20cr52-3(DLC)
                                         :
        -v-                              :        ORDER
                                         :
ALICIA ARIAS,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    On March 3, 2021, the Government requested a Curcio hearing for defendants Edward Abreu, Alicia Arias, and Edgar Montes. Accordingly, it is hereby

    ORDERED that a Curcio hearing is scheduled to occur on **March 25, 2021** at **11:00 AM** for defendant Arias.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  Accordingly,

    IT IS FURTHER ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **March 18, 2021:**

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         March 10, 2021

                         _____
                               DENISE COTE
                         United States District Judge