```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :           20cr52-3 (DLC)
            -v-                          :
                                         :              ORDER
ALICIA ARIAS,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 19, 2021, defense counsel filed a letter requesting that the March 25 Curcio hearing in this matter be adjourned and informed the Court that the defendant prefers that the hearing occur via videoconference as opposed to in person. Accordingly, it is hereby

ORDERED that the conference is adjourned to **March 31, 2021** at **11:00 AM** and will take place via the Microsoft Teams videoconference platform, if that platform is reasonably available. To access the conference, paste the following link into your browser: **https://teams.microsoft.com/l/meetup-join/19%3ameeting_MzZhZGU2NDgtZWY0OS00NDU5LWE5OGYtOWU4MTFhOGQ2YTA2%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d**

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  The link in this order is currently live.  **Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link.  Defense counsel shall assist the defendant in testing the videoconference capability so that the defendant can participate by videoconference**.  Participants, including defense counsel, shall report any difficulties accessing the link to chambers **no later than 24 hours** in advance of the conference so that chambers may assist the parties.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  If the participant is using an internet browser, it is recommended to use either **Microsoft Edge** or **Google Chrome** as Teams is not fully compatible with other browsers.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

```
Call-in number:    917-933-2166
Conference ID:     541 300 963#
```

Dated:   New York, New York
         March 19, 2021

_____
DENISE COTE
United States District Judge